SIGAL CHATTAH, NVSBN 5634
Acting United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of Law & Policy
Program Litigation 1
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY DAVENPORT,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:25-cv-00996-MDC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 10, filed on September 3, 2025), currently due on October 3, 2025, by 31 days, through and including November 3, 2025. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to November 17, 2025.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Defendant's counsel has needed to take periodic medical leave throughout the

month of September and must take additional medical leave in the days leading up to the current due date of the Commissioner's brief, which prevents Defendant's counsel from being able to work on this response. Counsel is also responsible for writing briefs defending the Commissioner in multiple other district court cases with concurrent due dates.

Additional time is required to review the record, to evaluate the issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's brief. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Counsel for Defendant advised counsel for Plaintiff of the need for this extension on September 30, 2025. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including November 3, 2025.

Dated: September 30, 2025                Respectfully submitted,

                                         SIGAL CHATTAH
                                         Acting United States Attorney

                                         /s/ David Priddy
                                         DAVID PRIDDY
                                         Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2025

2